UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNOVA RESEARCH SRL,<br><br>        Plaintiff,<br><br>    v.<br><br>BEEBELL INC.,<br><br>        Defendant. | Case No. 16-cv-05114-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 13 |

On November 2, 2016, Plaintiff Ennova Research SRL filed a Motion for Default Judgment. (Dkt. No. 12.) On November 3, 2016, the Court issued an order requiring Plaintiff to file a proposed order that "shall be structured as outlined in Attachment A [of the November 3, 2016 order] and include all relevant legal authority and analysis necessary to establish the case." (Dkt. No. 13 at 1.) As of November 29, 2016, Plaintiff has not filed the required proposed order.

Accordingly, Plaintiff's counsel is ordered, by **December 2, 2016**, to 1) file the required proposed order, and 2) respond to this order to show cause by explaining why he failed to comply with the Court's November 3, 2016 order. Failure to complete both tasks by December 2, 2016 may result in the Court denying Plaintiff's Motion for Default Judgment.

IT IS SO ORDERED.

Dated: November 29, 2016

                                                                   _____<br>
                                                                    KANDIS A. WESTMORE<br>
                                                                    United States Magistrate Judge