ROBERT J. YORIO (SBN 93178)
ryorio@carrferrell.com
JEFFREY M. CAPACCIO (SBN 129171)
jcapaccio@carrferrell.com
CARR & FERRELL LLP
120 Constitution Drive
Menlo Park, CA  94025
Telephone:  (650) 812-3400
Facsimile:   (650) 812-3444

Attorneys for Defendant
BEEBELL INC.

## UNITED STATES DISTRICT COURT

## FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNOVA RESEARCH SRL, an Italian corporation<br><br>        Plaintiff,<br><br>        v.<br><br>BEEBELL INC., a Delaware corporation, a DOES 1 through 10, inclusive<br><br>        Defendants. | **Civil Case No. 16-CV-05114-KAW**<br><br>**JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUBMISSION DEADLINE FOR DEFENDANT BEEBELL'S MOTION TO SET ASIDE ENTRY OF DEFAULT** |

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUBMISSION DEADLINE FOR DEFENDANT BEEBELL INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT

Civil Case No. 16-CV-05114-KAW

1  WHEREAS:

2    A.    Defendant Beebell Inc. requires additional time to retain alternate counsel in place of Carr & Ferrell LLP;

B.    As a result of its need to retain alternate counsel, Defendant Beebell Inc. does not have sufficient time to prepare and file its Motion to Set Aside Entry of Default by Friday, February 17, 2017;

C.    Counsel for their respective parties mutually agree to continue the submission deadline from February 17, 2017 until Friday, March 3, 2017 for filing Defendant's Motion to Set Aside Entry of Default;

D.    There have been no previous time modifications in this case, either by stipulation or Court Order; and

E.    This continuance will not affect any other Court deadline set in this case.

DATED: February 15, 2017

CARR & FERRELL LLP

By:  /s/ Robert J. Yorio
ROBERT J. YORIO
JEFFREY M. CAPACCIO
*ryorio@carrferrell.com*
jcapaccio@carrferrell.com
120 Constitution Drive
Menlo Park, California 94025
Telephone: (650) 812-3400
Attorneys for Defendant, BEEBELL INC.

MASSERAT LAW GROUP

STIPULATED AND AGREED:

By:  /s/ Sassan Masserat
Sassan J. Masserat
smasserat@masseratlaw.com
468 N. Camden Drive, Suite 200
Beverly Hills, CA 90210
Tel. (310) 601-3034
Attorneys for Plaintiff, ENNOVA RESEARCH SRL

JOINT STIPULATION AND [PROPOSED] ORDER TO CONTINUE SUBMISSION DEADLINE FOR DEFENDANT BEEBELL INC.'S MOTION TO SET ASIDE ENTRY OF DEFAULT

**~~PROPOSED~~ ORDER**

NOW THEREFORE, IT IS HEREBY STIPULATED by and between the parties, through their undersigned counsel, that the Defendant's time within which to file a Motion to Set Aside the Entry of Default is extended to March 3, 2017.

IT IS SO ORDERED.

DATED: __2/16_____, 2017

_____
KANDIS A. WESTMORE
United States Magistrate Judge

STIPULATION AND [PROPOSED] ORDER TO CONTINUE
HEARING DATE, OPPOSITION DATE, AND REPLY DATE
ON ALZA'S MOTION FOR SUMMARY JUDGMENT