SASSAN J. MASSERAT, SBN 231104
**MASSERAT LAW GROUP**
**468 N. Camden Dr., Ste. 200**
**Beverly Hills, California 90210**
Telephone: (310) 601-3034
Facsimile: (310) 943-2315

Attorneys for Plaintiff
Judgment Creditor
ENNOVA RESEARCH SRL

*IT IS SO ORDERED AS MODIFIED*
*Kandis Westmore*
*Judge Kandis Westmore*

# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNOVA RESEARCH SRL, an Italian corporation, <br><br> PLAINTIFF, <br><br> v. <br><br> BEEBELL INC., a Delaware corporation; and DOES 1 through 10, inclusive, <br><br> Defendants. | CASE NO.: 4:16-CV-5114-KAW <br><br> **STIPULATION RE CONTINUED DEBTOR EXAMINATION.** |

This Stipulation ("Stipulation") is entered into by and between the Plaintiff, ENNOVA RESEARCH SRL, an Italian corporation ("Plaintiff" or "Judgment Creditor"), and Defendant BEEBELL, INC., a Delaware corporation ("Defendant" or "Judgment Debtor") (collectively, the "Parties").

## **RECITALS**

**WHEREAS**, on September 14, 2017, the Court issued a Judgment in favor of Plaintiff and against Defendant in the total amount of $87,202.24 (the "Judgment") [Docket No. 59];

**WHEREAS**, on March 1, 2018 the Court signed an Order Granting Application for Examination of and Production of Documents by Judgment Debtor as Modified (the "Debtor Examination Order"), ordering Judgment Debtor's representative Mr. Cosimo Spera to appear in the above-mentioned Court on Mach 15, 2018 for examination under oath by Judgment Creditor (the "Debtor Examination") [Docket No. 64];

1  **WHEREAS**, pursuant to the Debtor Examination Order, Judgment Debtor was also ordered to produce on March 15, 2018 multiple categories of documents as enumerated in the Judgment Examination Order;

**WHEREAS**, at the March 15, 2018 Debtor Examination, Mr. Cosimo Spera failed to produce multiple categories of the documents, such as – without limitation- Judgment Debtor's tax returns, financial statements, and bank statements for the year 2018;

**WHEREAS**, in the interest of judicial efficiency, and without prejudice to Judgment Creditor's rights and remedies, the Parties agreed and stipulated on the record that the Debtor Examination would be continued to a mutually agreeable date, in this Court, located at 1301 Clay Street, Oakland, California 94612 (Courtroom TBD), for further examination under oath of Mr. Cosimo Spera, and for further production of documents and records pursuant to the existing Debtor Examination Order; and

**WHEREAS**, the Court clerk Ms. Susan Imbriani was informed of the Parties' agreement and stipulation, and, on March 15, 2018, the Court issued Civil Minutes continuing the Debtor Examination and permitting the Parties to file a Stipulation and Proposed Order with a new hearing date for the Debtor Examination [Docket No. 65].

Accordingly, it is hereby:

**STIPULATED** and **AGREED**, by and through counsel for the Parties, that the Debtor Examination is hereby continued to June 7, 2018 at ~~11:00 a.m.~~ 1:30 p.m., at this Court, located at 1301 Clay Street, Oakland, California 94612 (Courtroom ~~TBD~~ 4).

-2-
STIPULATION RE DEBTOR EXAMINATION

**IT IS SO STIPULATED:**

DATED: May 17, 2018           MASSERAT LAW GROUP


By: /s/ Sassan Masserat
    Sassan J. Masserat

Attorneys for Plaintiff ENNOVA RESEARCH SRL, an Italian corporation

DATED: May 17, 2018           AMERICAN MORTGAGE LAW GROUP, PC


By: /s/ Jack Valinoti
    Jack V. Valinoti

Attorneys for Defendant BEEBELL, INC., a Delaware corporation