UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNOVA RESEARCH SRL,<br><br>    Plaintiff,<br><br>    v.<br><br>BEEBELL INC.,<br><br>    Defendant. | Case No. 16-cv-05114-KAW<br><br>**ORDER GRANTING MOTION TO CONTINUE THE HEARING ON PLAINTIFF'S MOTION FOR SANCTIONS**<br><br>Re: Dkt. No. 73 |

On June 20, 2018, Plaintiff Ennova Research SRL filed a motion for monetary sanctions and contempt against Defendant Beebell Inc. and Defendant's counsel, based on Defendant's failure to produce documents for the Court-ordered judgment debtor exam. (Dkt. No. 69.) Plaintiff's motion was set for hearing on August 16, 2018. (Dkt. No. 70.) On July 5, 2018, Defendant filed an opposition, requesting that the Court continue the hearing to allow Defendant's counsel to file a motion to withdraw, as Plaintiff's request for sanctions against both Defendant and Defendant's counsel "creates a potential conflict of interest . . . ." (Dkt. No. 79 at 3.)

On August 1, 2018, Defendant filed a motion to continue the hearing because Defendant's counsel was unavailable on August 16, 2018, and because Defendant's counsel intended to file a motion to withdraw. (Dkt. No. 73 at 3; Valinoti Decl. ¶ 10, Dkt. No. 73-1.) On August 3, 2018, Defendant's counsel filed a motion to withdraw based on Defendant's failure to comply with counsel's instructions and pay counsel's invoices. (Dkt. No. 74 at 2.) The motion to withdraw is set for hearing on September 20, 2018. Plaintiff did not file an opposition to Defendant's motion to continue the hearing.[1]

---

[1] On August 3, 2018, Plaintiff filed an untimely reply regarding the motion for monetary sanctions and contempt. (Dkt. No. 75.) The reply was due on July 12, 2018, and Plaintiff provided no

1  The Court GRANTS Defendant's motion to continue the hearing on Plaintiff's motion for
2  monetary sanctions until after Defendant's motion to withdraw is decided.  Once Defendant's
3  motion to withdraw is decided, the Court will set a new hearing date and, if necessary, briefing
4  schedule.

IT IS SO ORDERED.

Dated: August 7, 2018

*signature*

KANDIS A. WESTMORE
United States Magistrate Judge

---

explanation for the three-week delay.  Therefore, the reply is stricken.  In any case, although the reply does argue that Defendant is not entitled to a further continuance, Plaintiff fails to explain any prejudice from a continuance, nor does Plaintiff address the unavailability of Defendant's counsel on August 16, 2018.  (*See* Dkt. No. 75 at 2-4.)

2