UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNOVA RESEARCH SRL,<br>　　　　Plaintiff,<br>　　v.<br>BEEBELL INC.,<br>　　　　Defendant. | Case No. 16-cv-05114-KAW<br><br>**ORDER TO SHOW CAUSE**<br>Re: Dkt. No. 82 |

On October 26, 2018, Plaintiff Ennova Research SRL filed a motion to alter the judgment to add Mr. Cosimo Spera. (Dkt. No. 82.) The Court ordered Plaintiff to file supplemental briefing and modified the briefing schedule, such that any opposition was due by November 20, 2018. (Dkt. No. 84.) Because Plaintiff did not serve Mr. Spera with the order setting the modified briefing schedule, the Court set a new briefing schedule, such that any opposition was due by December 3, 2018.

Mr. Spera did not file an opposition. Accordingly, the Court ORDERS Mr. Spera to show cause, by **January 4, 2019**, why the Court should not grant Plaintiff's motion as unopposed by filing his opposition to Plaintiff's motion. The opposition may be filed in-person at or mailed to the Oakland Courthouse, 1301 Clay Street, Suite 400S, Oakland, CA 94612. Again, failure to timely file the opposition **will** result in the Court granting Plaintiff's motion pursuant to Paragraph 22 of this Court's Standing Order, which states: "[t]he failure of the opposing party to file a memorandum of points and authorities in opposition to any motion shall constitute consent to the granting of the motion." If Mr. Spera files an opposition, Plaintiff may file a reply by January 17, 2019.

The Court SETS a hearing on January 31, 2019 on Plaintiff's motion to alter the judgment.

If Mr. Spera fails to file an opposition, however, the Court will vacate the hearing and rule on the papers.

IT IS SO ORDERED.

Dated: December 20, 2018

_____
KANDIS A. WESTMORE
United States Magistrate Judge