SASSAN J. MASSERAT, SBN 231104
**MASSERAT LAW GROUP**
468 N. Camden Dr. Ste. 200
Beverly Hills, California 90210
Telephone: (310) 601-3034
Facsimile: (310) 943-2315

Attorneys for Plaintiff
ENNOVA RESEARCH SRL

# UNITED STATES DISTRICT COURT

# FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ENNOVA RESEARCH SRL, an Italian corporation,<br><br>  Plaintiff,<br><br>  vs.<br><br>BEEBELL INC., a Delaware Corporation; COSIMO SPERA, an individual; and DOES 1 through 10, inclusive,<br><br>  Defendants. | CASE NO. 4:16-CV-5114 KAW<br>Assigned to Hon. Kandis A. Westmore<br><br>[PROPOSED] **AMENDED JUDGMENT AS MODIFIED BY THE COURT** |

The Court, having previously rendered Judgment in this matter in the original principal amount of $87,202.24 in favor of ENNOVA RESEARCH SRL, an Italian corporation ("Plaintiff") (Dkt. No. 59), and having issued an Order granting Plaintiff's Motion for Sanctions in the amount of $7,539.18 (Dkt. No. 106 ), and having further issued an Order granting Plaintiff's Motion to Alter Judgment (Dkt. No. 110):

**IT IS HEREBY ORDERED, ADJUDGED, AND DECREED:**

1. That Judgment be entered, in favor of Plaintiff ENNOVA RESEARCH SRL, an Italian Company, and against the following persons: BEEBELL INC., a Delaware Corporation, and COSIMO SPERA, an individual, for the following amounts:

$87,202.24   (original principal amount of judgment)

-$21,000.00  (partial payment recovered by Plaintiff)

------------------

**$66,202.24**

2. The Court shall retain jurisdiction over this matter and the parties.

DATED: February 15, 2019

By: _____
**Hon. Kandis A. Westmore
United States Magistrate Judge**